INFORMATION SHEET

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   JUL 20 2016   ★

LONG ISLAND OFFICE

1. Title of Case: <u>United States v. Edwin Amaya-Sanchez, et al.</u>

2. Related Magistrate Docket Number(s): 16-MJ-459 (Castellanos only)

3. Arrest Date:  May 16, 2016 (Castellanos only)

4. Nature of offense(s):   ☒  Felony
   ☐  Misdemeanor

CR-16 0403
AZRACK, J.
LOCKE, M.J.

5. Related Cases - Title and Docket No(s). (Pursuant to Rule 50.3.2 of the Local E.D.N.Y. Division of Business Rules):<u>U.S. v. Alvarenga, et al. (12-063), U.S. v. Acosta, et al., (14-068), U.S. v. Jerry Reyes (14-352), U.S. v. Omar Arriaza, et al. (16-097).</u>

6. Projected Length of Trial:   Less than 6 weeks   ☒
   More than 6 weeks   ☐

7. County in which crime was allegedly committed: Suffolk
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Was any aspect of the investigation, inquiry and prosecution giving rise to the case pending or initiated before March 10, 2012.[1]   ☒ Yes   ☐ No

9. Has this indictment/information been ordered sealed?   ☒ Yes   ☐ No

10. Have arrest warrants been ordered?   ☒ Yes   ☐ No

11. Is there a capital count included in the indictment?   ☒ Yes   ☐ No

By:

ROBERT L. CAPERS
United States Attorney

John J. Durham
Raymond A. Tierney
Paul G. Scotti
Assistant U.S. Attorneys
(631) 715-7851/7849/7836

---

[1]   Judge Brodie will not accept cases that were initiated before March 10, 2012.

Rev. 10/04/12