JJD:PGS
F. #2016R01021

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 25 2016 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------X

UNITED STATES OF AMERICA

   - against -

AMAYA-SANCHEZ et al.,

       Defendants.

------------------------------X

UNSEALING ORDER

Cr. No. 16-403 (JFB)

EASTERN DISTRICT OF NEW YORK, SS:

      Upon the application of ROBERT L. CAPERS, United States Attorney for the Eastern District of New York, by Assistant United States Attorneys John J. Durham and Paul G. Scotti, the government requests an order unsealing the indictment and arrest warrants in connection with the above-captioned matter, which were filed under seal on July 20, 2016.

Dated:    Central Islip, New York
           July 25, 2016

                                        HON. JOSEPH F. BIANCO
                                        UNITED STATES DISTRICT JUDGE
                                        EASTERN DISTRICT OF NEW YORK