# MAHER & PITTELL, LLP
ATTORNEYS AT LAW

| | |
|---|---|
| *Reply To:* | *Long Island Office* |
| **42-40 Bell Blvd, Suite 302** | **14 Bond St, Suite 389** |
| **Bayside, New York 11361** | **Great Neck, New York 11021** |
| **Tel (516) 829-2299** | **Tel (516) 829-2299** |
| *jp@jpittell.com* | *jp@jpittell.com* |

October 17, 2016

Hon. Joseph F. Bianco
US District Court Judge
US District Court
920 Federal Plaza
Central Islip, NY 11722

Re:     *U.S. v. Amaya-Sanchez*, et. al. 16 cr 403 (JFB)

Dear Judge Bianco:

    I am counsel for Edwin Amaya-Sanchez one of the defendants in the above referenced matter. As you are aware, Mr. Amaya-Sanchez did not appear during the conference scheduled for on October 13, 2016. It is my understanding the conference was held for the other co-defendants and the next appearance date is scheduled for December 15, 2016.

    I respectfully request Mr. Amaya-Sanchez be produced for a conference on October 27, 2016 at 2 pm so he can be appraised of the proceedings which occurred during the October 16th conference.

    I agree to an exclusion of time under the Speedy Trial Act from October 13, 2016 to October 27, 2016 or any other adjourn date.

                                          Respectfully submitted,
                                          /s/
                                          Jeffrey G. Pittell

cc:     John Durham, AUSA