<u>CRIMINAL CAUSE FOR STATUS CONFERENCE</u>

BEFORE: Bianco,J.              DATE: 10/27/2016        TIME: 11:55 a.m.
                                                       <u>TIME IN COURT: 10 minutes</u>

DOCKET NUMBER: CR 16-0403      TITLE: USA v. Edwin Amaya-Sanchez, et al.

DEFT NAME: Edwin Amaya-Sanchez                  DEFT: # 1
<u>X</u> PRESENT   ___ NOT PRESENT    <u>X</u> IN CUSTODY    ___ ON BAIL

ATTY. FOR DEFT.: Jeffrey Pittell
<u>X</u> PRESENT   ___ NOT PRESENT              ___ RET   <u>X</u> C.J.A.
                                          ___ FED. DEF. OF NY, INC.

A.U.S.A. <u>John Durham/Ray Tierney</u>     DEPUTY CLERK: <u>Jim Toritto</u>

COURT REPORTER:   ___ P. AUERBACH    ___ E. COMBS    ___ P. LOMBARDI
  ___ H. RAPAPORT    ___ M. STEIGER    <u>X</u> D. TURSI    ___ O. WICKER
  ___ S. PICOZZI

INTERPRETER: Maya Gray

<u>X</u>   CASE CALLED; COUNSEL FOR ALL SIDES PRESENT.

___   FIRST APPEARANCE OF DEFENDANT.

___   DEFT(S) STATES TRUE NAME TO BE: _____

___   DEFT(S) ARRAIGNED, WAIVE(S) READING OF THE INDICTMENT, AND ENTER(S) A
      NOT GUILTY PLEA TO COUNTS _____ OF THE <u>INDICTMENT</u>.

___   WAIVER OF INDICTMENT EXECUTED.

___   CASE ADJOURNED TO

___   BAIL CONTINUED FOR DEFENDANT.

___   DEFT. CONTINUED IN CUSTODY.

___   ORDER OF DETENTION ENTERED.

___   ARRAIGNMENT SET FOR _____

<u>X</u>   SPEEDY TRIAL INFORMATION:    Edwin Amaya-Sanchez
     CODE TYPE: <u>X-</u>         START DATE: <u>10/27/2016</u> XSTRT
                              STOP DATE:  <u>12/15/2016</u> XSTOP

<u>X</u>   NEXT STATUS CONFERENCE SET FOR  <u>12/15/16 at 1:00 p.m.</u>

___   OTHER: